# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>CRISTINA MARIA VALLE GAMEZ,<br><br>　　　　　　　　　　Defendant. | Case No. 21-cr-01249-BAS-1<br><br>**ORDER REFERRING REQUEST TO REDUCE SENTENCE UNDER GENERAL ORDER 755**<br>**(ECF No. 42)** |

　　　　Defendant Christina Maria Valle Gamez, self-represented, filed a motion for a reduced sentence in light of the forthcoming U.S. Sentencing Guidelines Amendment 821. (ECF No. 42.) Under General Order 755, *In re District Protocol for Processing Applications Under Guidelines Amendment 821* (S.D. Cal. Oct. 26, 2023), the Court has appointed Federal Defenders of San Diego, Inc. "to represent initially all potentially eligible candidates sentenced in the Southern District of California." General Order 755 sets forth a procedure for Federal Defenders and the Government to determine whether a joint recommendation is appropriate in this case. Accordingly, the Court refers this case to Federal Defenders under General Order 755. Federal Defenders shall follow the procedures under the General Order and update the Court appropriately "in due course."

　　　　**IT IS SO ORDERED.**

**DATED: October 27, 2023**

Hon. Cynthia Bashant
United States District Judge

- 1 -

21cr1249