AO 247 (Rev. 11/11:CASD 05/15)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 1

# UNITED STATES DISTRICT COURT
for the

Southern District of California

| | |
|---|---|
| United States of America <br> v. <br> CRISTINA MARIA VALLE GAMEZ (1) <br><br> Date of Original Judgment: 06/03/2022 <br> Date of Previous Amended Judgment: _____ <br> *(Use Date of Last Amended Judgment if Any)* | ) ) ) ) ) ) ) ) ) <br> Case No: 21-CR-1249-BAS <br> USM No: 29764509 <br><br> PAYAM FAKHARARA OF FEDERAL DEFENDERS, INC. <br> *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  THIRTY-SEVEN (37)  months **is reduced to**  THIRTY (30) MONTHS  .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  06/03/2022  shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  02/16/2024

*Judge's signature*

Effective Date: _____
*(if different from order date)*

HONORABLE CYNTHIA BASHANT
*Printed name and title*